## Second Department, June, 1937.

### (June 7, 1937.)

Bjarne Bensen, Respondent, v. Frederick W. Kristeller and Ora Kristeller, Appellants.— Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied. Stay granted until the granting or final refusal by the Court of Appeals of leave to appeal. Present — Lazansky, P. J., Hagarty, Davis, Johnston and Close, JJ.

Elizabeth Hook, Appellant, v. Harmon National Real Estate Corporation, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Davis, Johnston and Close, JJ.

Hose-McCann Corp., Appellant, Respondent, v. Carl Pauluhn and Another, Respondents, Appellants.— Motion for a reconsideration of the amount of damages awarded plaintiff-appellant on the determination of the appeal denied, with ten dollars costs. [See *ante*, p. 736.] Present — Lazansky, P. J., Hagarty, Davis, Johnston and Close, JJ.

In the Matter of the Application of Edna Betz, Respondent, v. Peter Horr, Appellant.— Motion for leave to appeal to the Court of Appeals granted. [See *Betz* v. *Horr*, 250 App. Div. 457.] The following question is certified: Should the motion have been denied? Present — Lazansky, P. J., Hagarty, Davis, Johnston and Close, JJ.

In the Matter of the Application of Louise Perry Coakley and Bank of New York and Trust Company, as Executors of and Trustees, etc., of Cornelius G. Coakley, Deceased, for a Determination as to the Validity, Construction or Effect of the Disposition of Property Contained in Said Last Will and Testament. Henry Lefurgy Coakley and Others, Appellants; Presbyterian Hospital in the City of New York and New York University and Bellevue Hospital Medical College and Others, Respondents.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Davis, Johnston and Close, JJ.

In the Matter of Anna Curry, Respondent, v. John Curry, Appellant.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals granted. [See *ante*, p. 722, and p. 729.] Present — Lazansky, P. J., Hagarty, Davis, Johnston and Close, JJ.

In the Matter of the Application of Giovanni Ferrio, Respondent, for a Peremptory Order of Mandamus against The Gissi Mutual Service Society of New York Incorporated and Felice Gaspari, President of The Gissi Mutual Service Society of New York City Incorporated, Appellants.— Motion for reargument denied, without costs. Present — Lazansky, P. J., Hagarty, Davis, Johnston and Close, JJ.